UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE MOSLEY,

      Plaintiff,

v.

UNKNOWN KUTZLI, et al.,

      Defendants.

_____/

Case No. 1:18-CV-453

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 26, 2019, Magistrate Judge Green issued a Report and Recommendation (R & R) recommending that the Court dismiss this case with prejudice for Plaintiff's failures to prosecute and to comply with the Court's orders. The R & R was served on Plaintiff on February 26, 2019. No objections have been filed within the allowed time pursuant to 28 U.S.C. § 636(b). Accordingly, the Court will adopt the R & R as the opinion of the Court.

Therefore,

**IT IS HEREBY ORDERED** that the February 26, 2019, Report and Recommendation (ECF No. 22) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** Defendants' Motion for Summary Judgment (ECF No. 17) is **DISMISSED AS MOOT**.

This case is **concluded**.

A separate judgment will enter.

Dated: March 27, 2019                                               /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE